396 A.2d 17

Commonwealth v. Joseph Thomas Brown, Appellant.

Submitted June 13, 1977.   Edward F. Browne, Jr., Assistant Public Defender, for appellant;  D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.